# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700320
_____

## UNITED STATES OF AMERICA
Appellee

v.

## SHANNEN E. EDWARDS
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Andrew J. Talbert, JAGC, USN.
Convening Authority: Commanding Officer, Headquarters and Headquarters Squadron, Marine Corps Air Station, Iwakuni, Japan.
Staff Judge Advocate's Recommendation: Major Joseph I. Grimm, USMC.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 8 February 2018

_____

Before MARKS, WOODARD, and HINES, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court